IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JARROD LOGAN DANIELS                                                                   PLAINTIFF

V.                                             No.  15-1039

DAVID NORWOOD, et al                                                                   DEFENDANTS

## REPORT AND RECOMMENDATION

Before the undersigned for report and recommendation is the Plaintiff's Complaint (ECF No. 1) filed May 21, 2015 under 42 U.S.C. §1983.  The Plaintiff's IFP application was incomplete and the Court ordered that the Complaint be provisionally filed and ordered the clerks office to forward a new IFP which was to be completed and filed with the clerk on or before June 11, 2015. (*ECF No.* 3).

The clerks office forwarded a Prisoner Litigation Guide, Privacy Act Information, and Blank IFP application to the Plaintiff on May 21, 2015. The Plaintiff has not responded to the court's order as of this date.  The court did check the Ouachita County Jail records on this date and determined that the Plaintiff is no longer in that facility.  The court also checked the Arkansas Department of Correction and determined the Plaintiff is not in that facility as well.

Based upon the Plaintiff's failure to comply with the court's order I recommend that the Complaint be **dismissed without prejudice**.

**The plaintiff has fourteen days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. Section 636(b)(1).  The failure to file timely written objections may result in waiver of the right to appeal questions of fact.  The**

**plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

Dated this June 19, 2015

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
U. S. MAGISTRATE JUDGE