IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JARROD LOGAN DANIELS                                                                          PLAINTIFF

v.                                        Case No. 1:15-cv-01039

DAVID NORWOOD, et al.                                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 19, 2015, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Marschewski recommends Plaintiff's Complaint (ECF No. 1) be dismissed for failure to comply with the court's order.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, the Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of July, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge